Opinion filed May 1, 2008 











 
 
  
 
 







 
 
  
 
 




Opinion filed May 1, 2008 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                 ____________

 

                                                          No. 11-08-00115-CV

                                                    __________

 

            IN THE INTEREST OF J.C.K., N.L.K., AND J.F.K.,
CHILDREN

 



 

                                         On
Appeal from the 220th District Court

 

                                                      Comanche
County, Texas

 

                                          Trial
Court Cause No. CCFM-07-19507

 



 

                                            M
E M O R A N D U M    O P I N I O N

Upon
receipt of the clerk=s
record, the clerk of this court wrote the parties informing them that the clerk=s record contained a Anotice of dismissal of
appeal@ and that the
appeal could be dismissed by this court unless the parties objected by April
21, 2008.  There has been no response to our letter of April 4, 2008.

The
appeal is dismissed.

 

PER CURIAM

 

May 1, 2008

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.